

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONN JOHNSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF GARDEN GROVE,<br><br>    Defendants. | Case No. 8:22-cv-01883-JFW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1-1) and Amendment (Dkt. 1-4) filed by Donn Johnston ("Plaintiff") in the Superior Court for the State of California, County of Orange; the Notice of Removal (Dkt. 1) filed by Defendant City of Garden Grove ("Defendant"); the Motion to Dismiss filed by Defendant and related briefing (Dkt. 13, 23, 28, 29); the Order of the assigned magistrate judge granting the Motion to Dismiss with leave to amend (Dkt. 31); the Order to Show Cause re Dismissal for Failure to Prosecute/Failure to Comply with a Court Order issued  by the assigned magistrate judge (Dkt. 36); and the Report and Recommendation of the assigned magistrate judge filed on March 3, 2023

(Dkt. 38, "Report"). No party filed timely objections to the Report or sought additional time in which to do so.  The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.


Dated: March 21, 2023

_____
JOHN F. WALTER
United States District Judge

2