JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONN JOHNSTON, | Case No. 8:22-cv-01883-JFW-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF GARDEN GROVE, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: March 21, 2023

_____
JOHN F. WALTER
United States District Judge